UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| KEITH HAYDEL | * | CIVIL ACTION |
| | * | NO |
| | * | |
| VERSUS | * | SECTION. |
| | * | |
| ARCHER-DANIELS-MIDLAND | * | |
| COMPANY | * | MAGISTRATE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>COMPLAINT UNDER THE JONES ACT, THE GENERAL MARITIME LAW AND THE
NEGLIGENCE LAWS OF LOUISIANA</u>

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION:

1.

This action is based upon the Jones Act, the General Maritime Law (46 U.S.C. Sec. 686) and the General Negligence Laws of Louisiana as hereinafter more fully appears:

2.

Plaintiff, KEITH HAYDEL, is an American seaman employed as a deckhand by Eymard Brothers Towing Company and residing at 3012 Sienna Drive, Harvey, Louisiana on the date of the incident complained of; defendant, ARCHER-DANIELS-MIDLAND COMPANY, is a foreign corporation organized under laws other than the State of Louisiana but doing business in this parish and state and, at all pertinent times hereto was the owner and operator of a crane and grain elevator at the time of the incident complained of as well as the employer of the operator of that grain elevator and crane which caused injuries and damages to plaintiff on the date of the

incident complained of.

3.

At all pertinent times hereto, the defendant owned, operated, managed and controlled a grain elevator with cables that plaintiff used in an attempt to secure the cables of the elevator to a kevel on the barge; the defendant also employed the operator of the elevator who was involved in this accident.

4.

On or about April 23, 2014, while plaintiff was employed by Eymard Brothers Towing Company as a deckhand, he went from a tug boat to a barge in an attempt to secure elevator cables to a kevel devices on a barge; on two occasions, he informed the crane operator that he had tightened the kevels excessively; on the third occasion the kevels were tightened so excessively that they popped, striking your petitioner and causing him to fall.

5.

The defendant, ARCHER-DANIELS-MIDLAND COMPANY and/or its agents and crew are guilty of negligence in failing to provide KEITH HAYDEL with a safe place to work and with an adequately trained crew and operator who could have avoided his injuries; defendant, "ARCHER-DANIELS-MIDLAND COMPANY" had an absolute and non-delegable duty to provide a safe place to work for KEITH HAYDEL and to provide him with an adequately trained crane operator and well as flag man who could have prevented his accident.

6.

As a direct and proximate cause of the negligence of the defendant and/or its agents and employees, KEITH HAYDEL sustained the following injuries and damages:

Lacerations and abrasions of the face, both legs;

Contusion and severe stain of the right leg muscles;

Injury to his neck;

Mental anguish.

7.

Petitioner itemizes his damages as follows:

Past, present and future medicals  - $150,000.00

Past, present and future lost wages - $200,000.00

Past, present and future pain and suffering - $300,000.00

Mental anguish - $100,000.00

Emotional stress and strain - $100,000.00

Loss of earning capacity - $100,000.00

Loss of enjoyment of life - $100,000.00

TOTAL - $1,050,000.00

8.

Plaintiff demands trial by jury in accordance with the Federal Rules of Civil Procedure.

WHEREFORE, plaintiff, KEITH HAYDEL demands judgment against defendant, ARCHER-DANIELS-MIDLAND COMPANY in the full sum of ONE MILLION FIFTY THOUSAND AND NO/100 ($1,050,000.00) DOLLARS together with legal interest thereon

from date of judicial demand until paid, for trial by jury and all other equitable relief.

                                            Respectfully submitted,

S/_____
DARLEEN M. JACOBS (#7208)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiff, KEITH HAYDE

S_____
KENNY M. CHARBONNET (#4061)
3750 South Claiborne Ave.
New Orleans, LA 70125
(504) 897-3700

PLEASE SERVE:

ARCHER-DANIELS-MIDLAND COMPANY
Through its agent for service of process
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808